**Opinion issued August 7, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00225-CR

———————————

**JEFF MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1454459**

---

## MEMORANDUM OPINION

Without an agreed recommendation from the State, appellant, Jeff Martinez,

pleaded guilty to the felony offense of manslaughter.[1] The trial court found appellant

---

[1] *See* TEX. PENAL CODE ANN. § 19.04 (Vernon 2011).

guilty and assessed his punishment at confinement for ten years. Appellant filed a notice of appeal.

We dismiss the appeal for lack of jurisdiction.

We cannot exercise jurisdiction over an appeal without a timely filed notice of appeal. *See* TEX. R. APP. P. 26.2(a); *see also Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A defendant's notice of appeal is timely if filed within thirty days after the date sentence is imposed or suspended in open court or within ninety days after that date if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a); *see Bayless v. State*, 91 S.W.3d 801, 806 (Tex. Crim. App. 2002); *Lair v. State*, 321 S.W.3d 158, 159 (Tex. App.—Houston [1st Dist.] 2010, pet. ref'd). Here, the trial court imposed sentence and signed the judgment of conviction on October 24, 2017. The clerk's record filed in this Court reflects that appellant timely filed a motion for new trial on November 21, 2017. *See* TEX. R. APP. P. 21.4(a). Appellant's notice of appeal, therefore, was due to be filed no later than January 22, 2018. *See* TEX. R. APP. P. 26.2(a)(2); *Olivo*, 918 S.W.2d at 522. Appellant's notice of appeal, filed on March 6, 2018, was untimely to perfect an appeal of the October 24, 2017 judgment of conviction, and we have no basis for jurisdiction over the appeal. *See Olivo*, 918 S.W.2d at 522; *Lair*, 321 S.W.3d at 159.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).